17277

LONNIE AVANT, Individually, and as Executor of the Will of Emerett Johnson, Plaintiff-Appellant, v. KING JOHNSON, JOSEPH JOHNSON, ELIJAH JOHNSON, PLUMMER JOHNSON, CLARA JOHNSON, WINNIE JOHNSON, TALETHA J. MOODY, MAGGIE J. WILSON, ILLA J. BRANTLEY, and ACIE JOHNSON, Defendants-Respondents.

(97 S. E. (2d) 396)

120

*Messrs. James B. Dixon* and *Norton & Norton,* of Marion, for Appellant,

*Messrs. S. Raymond Pridgen,* of Mullins, and *Woods & Woods,* of Marion, *for Respondents,*

*Messrs. James B. Dixon* and *Norton & Norton,* of Marion, for Appellant,

124

128

* * *

April 1, 1957.

Moss, Justice.

The decree of Honorable G. Badger Baker has been carefully considered in the light of the record and the exceptions. The issues presented by the exceptions were correctly decided by the lower Court. The exceptions are overruled and the decree of the lower Court is adopted as the judgment of this Court.

TAYLOR, OXNER and LEGGE, JJ., and G. DUNCAN BELLINGER, Acting Associate Justice, concur.